Certificate Number: 17572-PAM-DE-032080262

Bankruptcy Case Number: 18-04128



17572-PAM-DE-032080262

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>December 27, 2018</u>, at <u>3:31</u> o'clock <u>PM PST</u>, <u>Francia M Marte</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 27, 2018</u>  By: <u>/s/Kristina Milicevic</u>

Name: <u>Kristina Milicevic</u>

Title: <u>Counselor</u>