```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                               Case No. 18-04128-RNO
Francia Maribel Marte-Tavera                                         Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: DGeorge            Page 1 of 1              Date Rcvd: Apr 22, 2019
                              Form ID: ntasset         Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
db            +Francia Maribel Marte-Tavera,    981 N. James Street,    Hazleton, PA 18201-1732
aty           +William G. Schwab & Associates,    811 Blakeslee Blvd, Drive East,    PO Box 56,
                Lehighton, PA 18235-0056
5114347        Best Buy Credit Services,    P.O. Box 78009,    Phoenix, AZ 85062-8009
5114348        Best Buy/CBNA,    701 E. 60th St N,    Sioux Falls, SD 57104-0432
5114353        DirecTV ATT,    P.O. Box 11732,    Newark, NJ 07101-4732
5114354       +Firstates Financial Services Corp.,     P.O. Box 5827,    Reading, PA 19610-5827
5114357       +Mr. Cooper,    8950 Cypress Waters Blvd.,    Dallas, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: wschwab@iq7technology.com Apr 22 2019 18:49:19      William G Schwab (Trustee),
                William G Schwab and Associates,    811 Blakeslee Blvd Drive East,    PO Box 56,
                Lehighton, PA 18235-0056
5114349        EDI: CAPITALONE.COM Apr 22 2019 22:53:00      Capital One Bank USA, N.A.,    P.O. Box 85015,
                Richmond, VA 23285-5015
5114350        EDI: CHASE.COM Apr 22 2019 22:53:00      Chase Card,   P.O. Box 15298,
                Wilmington, DE 19850-5298
5114351        EDI: WFNNB.COM Apr 22 2019 22:53:00      Comenity Capital/Boscovs,    P.O. Box 182120,
                Columbus, OH 43218-2120
5114352        EDI: RCSFNBMARIN.COM Apr 22 2019 22:53:00      Credit One Bank,    P.O. Box 98873,
                Las Vegas, NV 89193-8873
5114355        EDI: IIC9.COM Apr 22 2019 22:53:00      I.C. System, Inc.,    P.O. Box 64378,
                Saint Paul, MN 55164-0378
5114356       +EDI: MERRICKBANK.COM Apr 22 2019 22:53:00      Merrick Bank,    P.O. Box 9201,
                Old Bethpage, NY 11804-9001
5114358        EDI: AGFINANCE.COM Apr 22 2019 22:53:00      OneMain,   P.O. Box 1010,
                Evansville, IN 47706-1010
5114677       +EDI: PRA.COM Apr 22 2019 22:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
5114359        EDI: RMSC.COM Apr 22 2019 22:53:00      Sam's Club/Synchrony Bank,    P.O. Box 530942,
                Atlanta, GA 30353-0942
5114360        EDI: CITICORP.COM Apr 22 2019 22:53:00      THD/CBNA,   CCS Gray Ops Center,    P.O. Box 6497,
                Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
                bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Debtor 1 Francia Maribel Marte-Tavera KMWesq@aol.com,
                law297@aol.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
                schwab@uslawcenter.com
              William G Schwab (Trustee)    schwab@uslawcenter.com,
                wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Francia Maribel Marte–Tavera, | Chapter 7 |
| **Debtor 1** | Case No. 5:18–bk–04128–RNO |

Social Security No.:
xxx–xx–3493

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **July 23, 2019**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov – Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self–addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DGeorge, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 22, 2019 |

ntasset(B204)(05/18)