UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re: §
Marte-Tavera, Francia Maribel § Case No. 5:18-bk-04128-RNO
§
§
Debtors(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/28/2018. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 3,521.75 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 0.00 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 3,521.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/23/2019 and the deadline for filing governmental claims was 09/23/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

     7. The Trustee's proposed distribution is attached as **Exhibit D.**

     8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $880.44. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $880.44, for a total compensation of $880.44.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00 for total expenses of $0.00.[2]

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :    10/18/2019          By :    /s/ William G.Schwab
                                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 18-04128 | Judge: Robert N. Opel II |
| Case Name: Marte-Tavera, Francia Maribel | |
| For Period Ending: 10/18/2019 | |

| | |
|---|---|
| Trustee Name: William G. Schwab | |
| Date Filed (f) or Converted (c): 09/28/2018 (f) | |
| 341(a) Meeting Date: 10/30/2018 | |
| Claims Bar Date: 07/23/2019 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Tax Refund (u) | 5,348.00 | 5,350.00 | | 3,521.75 | FA |
| 2. 981 N. James Street Hazleton PA 18201-0000 | 73,000.00 | 0.00 | | 0.00 | FA |
| 3. 2006 Honda Odyssey No lien. KBB @ $1,500. | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Bedroom furniture: Beds, dressers, mirrors, lamps, chairs, alarm clocks, bedding, hangers $1,000.00 LR/DR couches, tables, chairs, coffee tables, desk, television and stero $1,000.00 Kitchen table and chairs, pots and pans, dishes, silverware/utinsels, microwave, clock,( misc, toaster, blender, waffle iron ) $1,000.00 StoveRefrigWasherDryeryard tools, racks, shovels, lawn mower, garbage cans | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Debtor has misc electronis equipment such as, televisions, radios, stero, camera, | 200.00 | 0.00 | | 0.00 | FA |
| 6. Debtor has wall hangings, pictures and books at residenceDebtor does not have any pieces that cost more than 200.00 | 250.00 | 0.00 | | 0.00 | FA |
| 7. Debtor's wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8. misc everday jewerly and ring | 600.00 | 0.00 | | 0.00 | FA |
| 9. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 10. checking account at PNC Bank. Used to pay bills and deposit checks | 300.00 | 0.00 | | 0.00 | FA |
| 11. Savings account at PNC Bank | 100.00 | 0.00 | | 0.00 | FA |
| 12. 401(k) Debtor has a retirement plan (401k) via work which is not in pay status and not property of the estate and/or exempt. Said plan will be needed for reasonable expenses upon retirement. Balance is under $1,000. | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. Debtor does not have any life insurance policies with a cash value. | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) (Page 3)    Exhibit A

Case 5:18-bk-04128-RNO    Doc 22    Filed 12/03/19    Entered 12/03/19 11:48:28    Desc
Main Document    Page 3 of 9

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 18-04128 | Judge: Robert N. Opel II | Trustee Name: William G. Schwab |
|---|---|---|
| Case Name: Marte-Tavera, Francia Maribel | | Date Filed (f) or Converted (c): 09/28/2018 (f) |
| | | 341(a) Meeting Date: 10/30/2018 |
| For Period Ending: 10/18/2019 | | Claims Bar Date: 07/23/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 14. Debtor intend to fully utilize available exemptions | 0.00 | 0.00 | | 0.00 | FA |
| 15. LR/DR couches, tables, chairs, coffee tables, desk, television, stereo | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. kitchen table, chairs, pots and pans, dishes, silverware/utensils, microwave, clock (misc. toaster, blender, waffle iron) | 1,000.00 | 0.00 | | 0.00 | FA |
| 17. stove, refrigerator, washer, dryer, yard tools, racks, shovels, lawn mower, garbage cans | 1,000.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 86,748.00 | 5,350.00 | | 3,521.75 | 0.00 |

Re Prop. #1   Income tax Intercept

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

06-24-19-Quarterly Review of Status of Case for Outstanding Issues
2-20-19 Quarterly Review

**Initial Projected Date of Final Report(TFR) :** 12/31/2019      **Current Projected Date of Final Report(TFR) :**

| Trustee's Signature | /s/William G. Schwab | Date: 10/18/2019 |
|---|---|---|
| | William G. Schwab | |
| | 811-1 Blakeslee Blvd Drive East | |
| | Lehighton, PA 18235 | |
| | Phone : (610) 377-5200 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 18-04128 | Trustee Name: | William G. Schwab |
| Case Name: Marte-Tavera, Francia Maribel | Bank Name: | Texas Capital Bank |
| | Account Number/CD#: | ******2027 |
| Taxpayer ID No: **-***3493 | Account Name | Checking Account |
| For Period Ending: 10/18/2019 | Blanket bond (per case limit): | 10,000,000.00 |
| | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/22/2019 | | UNITED STATES TREASURY | TAX REFUND INTERCEPT | | 4,695.00 | | 4,695.00 |
| | [1] | | 3,521.75 | 1224-000 | | | |
| | | | 1,173.25 | 1290-000 | | | |
| 04/23/2019 | 51001 | FRANCIA MARIBEL MARTE-TAVERA | TAX REFUND TO DEBTOR (Pro-Rata) | 1290-000 | (1,173.25) | | 3,521.75 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 3,521.75 | 0.00 |
| | **COLUMN TOTALS** | 3,521.75 | 0.00 |
| | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | **SUBTOTALS** | 3,521.75 | 0.00 |
| | Less: Payments to Debtors | | 0.00 |
| | **Net** | 3,521.75 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Receipts: 3,521.75 | ******2027 Checking Account | 3,521.75 | 0.00 | |
| All Accounts Gross Disbursements: 0.00 | | | | |
| All Accounts Net: 3,521.75 | **Net Totals** | 3,521.75 | 0.00 | 3,521.75 |

Case: 18-04128  
Marte-Tavera, Francia Maribel

William G. Schwab  
CLAIMS REGISTER  
EXHIBIT C Page 1

Claims Bar Date: 07/23/19   Government Bar Date: 09/23/19

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
|  | William G. Schwab, Trustee<br>811 BLAKESLEE BLVD DRIVE EAST<br>LEHIGHTON , PA 18235 | 2100 | 0.00 | 880.44 | 880.44 | 0.00 | 880.44 |
| **ADMINISTRATIVE TOTAL** |  |  | **0.00** | **880.44** | **880.44** | **0.00** | **880.44** |
| 00001 | Cavalry SPV I, LLC<br>500 Summit Lake Dr Ste 400<br>Valhalla, NY 10595<br>Filed: 04/23/19<br>Created Amount Claimed: $709.37<br><br>Created Filed By: Creditor<br>Created Date Filed: 04/23/2019  Created Description: Cavalry SPV I, LLC as assignee of Synchrony Bank/Sam's Club | 7100 | 0.00 | 709.37 | 709.37 | 0.00 | 709.37 |
| 00002 | Quantum3 Group LLC as<br>PO Box 788<br>Kirkland, WA 98083<br>Filed: 04/29/19<br>Created Amount Claimed: $1330.57<br><br>Created Filed By: Creditor<br>Created Date Filed: 04/29/2019  Created Description: Money Loaned | 7100 | 0.00 | 1,330.57 | 1,330.57 | 0.00 | 1,330.57 |
| 00003 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272<br>Filed: 04/29/19<br>Created NO CLAIM DATA<br>Created Amount Claimed: $389.21<br><br>Created Filed By: Creditor<br>Created Date Filed: 04/29/2019 | 7100 | 0.00 | 389.21 | 389.21 | 0.00 | 389.21 |
| 00004 | OneMain<br>PO Box 3251<br>Evansville, IN 47731<br>Filed: 05/10/19<br>Created NO CLAIM DATA<br>Created Amount Claimed: $7052.71<br><br>Created Filed By: Creditor | 7100 | 0.00 | 7,052.71 | 7,052.71 | 0.00 | 7,052.71 |

Claims Bar Date: 07/23/19   Government Bar Date: 09/23/19

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---:|---:|---:|---:|---:|
| | Created Date Filed: 05/10/2019 | | | | | | |
| 00005 | MERRICK BANK Resurgent<br>PO Box 10368<br>Greenville, SC 29603<br>Filed: 05/14/19<br>Created Amount Claimed: $746.55<br>Created Secured Claimed Amount: $0.00<br><br>Created Filed By: Creditor<br>Created Date Filed: 05/14/2019 | 7100 | 0.00 | 746.55 | 746.55 | 0.00 | 746.55 |
| 00006 | LVNV Funding, LLC Resurgent<br>PO Box 10587<br>Greenville, SC 29603<br>Filed: 05/14/19<br>Created Amount Claimed: $1095.24<br>Created Secured Claimed Amount: $0.00<br><br>Created Filed By: Creditor<br>Created Date Filed: 05/14/2019 | 7100 | 0.00 | 1,095.24 | 1,095.24 | 0.00 | 1,095.24 |
| 00007 | JPMorgan Chase Bank, N.A.<br>PO Box 9013<br>Addison, TX 75001<br>Filed: 06/27/19<br>Created NO CLAIM DATA<br>Created Amount Claimed: $472.02<br><br>Created Filed By: Creditor<br>Created Date Filed: 06/27/2019 | 7100 | 0.00 | 472.02 | 472.02 | 0.00 | 472.02 |
| **UNSECURED TOTAL** | | | **0.00** | **11,795.67** | **11,795.67** | **0.00** | **11,795.67** |
| | | | | | | | |
| **REPORT TOTALS** | | | **0.00** | **12,676.11** | **12,676.11** | **0.00** | **12,676.11** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 5:18-bk-04128-RNO
Case Name: Marte-Tavera, Francia Maribel

Trustee Name: William G. Schwab

Balance on Hand $3,521.75

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: William G. Schwab, Trustee | $ 880.44 | $ 0.00 | $ 880.44 |

Total to be paid for chapter 7 administrative expenses $ 880.44

Remaining Balance $ 2,641.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,795.67 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.4 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Cavalry SPV I, LLC | $ 709.37 | $ 0.00 | $ 158.85 |
| 00002 | Quantum3 Group LLC as agent for | $ 1,330.57 | $ 0.00 | $ 297.95 |
| 00003 | Capital One Bank (USA), N.A. by | $ 389.21 | $ 0.00 | $ 87.16 |
| 00004 | OneMain | $ 7,052.71 | $ 0.00 | $ 1,579.26 |
| 00005 | MERRICK BANK Resurgent Capital | $ 746.55 | $ 0.00 | $ 167.16 |
| 00006 | LVNV Funding, LLC Resurgent Capital | $ 1,095.24 | $ 0.00 | $ 245.24 |
| 00007 | JPMorgan Chase Bank, N.A. s/b/m/t | $ 472.02 | $ 0.00 | $ 105.69 |
| Total to be paid to timely general unsecured creditors | | | | $ 2,641.31 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE