# WILLIAM G. SCHWAB, TRUSTEE
811 Blakeslee Boulevard Drive East
Post Office Box 56
Lehighton, Pennsylvania 18235

Francia Marte-Travera                                                October 11, 2019

RE:     Trustee

| DATE | DESCRIPTION | HOURS | STAFF |
|---|---|---|---|
| Oct-29-18 | Preparation of Faxcover Sheet to UST's Office (Re: Request Trustee Appointment) | 0.20 | AJ |
| Oct-30-18 | Receipt and Review of Electronic Correspondence from Wendy Paul with the UST's Office (Re: Trustee Appointment) | 0.20 | AJ |
| | Receipt and Review of Fax from Attorney Kevin Walsh (Re: Client Unable to Attend 341 Family Medical Emergency) Marte-Tavera, Francia Maribel | 0.20 | DK |
| Apr-22-19 | Pro Ration of Tax Refund | 0.30 | WGS |
| | Review of and Establish New Bank Account (Re: Texas Capital Bank - Checking Account) | 0.20 | AJ |
| | Preparation of (1) Deposit and Logged into Account Ledger | 0.30 | AJ |
| | Electronic Correspondence From and To Jeanette Sponseller with Texas Capital Bank (Re: New Account) | 0.20 | AJ |
| | Electronic Correspondence From and To Jeanette Sponseller with Texas Capital Bank (Re: Confirmation of EIN Number to Open New Bank Account) | 0.20 | AJ |
| | Logged in (1) Check (Re: United States Treasury) | 0.10 | JAS |

| Date | Description | Hours | Person |
|---|---|---|---|
| Apr-23-19 | Preparation of (1) Check to Debtor (Re: Tax Refund - Pro-Rata) | 0.20 | AJ |
| | Correspondence to Attorney Kevin Walsh (Re: Pro-Rated Income Tax Refund Check Made Payable to Debtor) | 0.20 | AJ |
| May-10-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Jun-14-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Jul-09-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Jul-25-19 | Review of Claims Docket and Claims (Re: For TFR) | 0.50 | WGS |
| | Staff Case Planning Conference With Attorney Schwab (Re:Preparation for TFR) | 0.10 | AJ |
| Aug-06-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Sep-05-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Sep-16-19 | Review of Assets, Claims and Bank Accounts (Re: Preparation for TFR) | 0.50 | AJ |
| | Review of and Run Health Check Report (Re: Preparation for TFR) | 0.20 | AJ |
| | Preparation of Trustee Narrative (Re: Exhibit to TFR) | 0.20 | AJ |
| Oct-07-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |

| **Breakdown by Person** | **Total Hours** |
|---|---|
| William G. Schwab | 0.80 |

| **Breakdown by Person** | **Total Hours** |
|---|---|
| Amanda Jones | 2.70 |

| **Breakdown by Person** | **Total Hours** |
|---|---|
| Dena Kistler | 0.20 |

| Breakdown by Person | Total Hours |
|---|---|
| Blended Rate Lawyer | 1.80 |

| Breakdown by Person | Total Hours |
|---|---|
| Joyce A. Schwab | 0.10 |

**<u>5.60</u>**

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| Oct-29-18 | Photocopying @ $.15@ Copy (53) | 7.95 | |
| | Photocopying @ $.15@ Copy (2) | 0.30 | |
| | Photocopying @ $.15@ Copy (2) | 0.30 | |
| | Facsimile @ $1.00 per Page (1) | 1.00 | |
| Oct-30-18 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Apr-22-19 | Photocopying @ $.15@ Copy (3) | 0.45 | |
| Apr-23-19 | Postage | 0.50 | |
| | Photocopying @ $.15@ Copy (7) | 1.05 | |
| Oct-03-19 | Photocopying @ $.15@ Copy (3) | 0.45 | |
| Oct-10-19 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Oct-11-19 | Distribution Expenses | 39.20 | |
| | Totals | $51.80 | $0.00 |

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: FRANCIA MARIBEL MARTE-TAVERA, : Chapter 7
                                    Debtor. : Case No. 18-04128

## NARRATIVE

In this case, the Trustee administered an undisclosed tax refund.

In addition to the work that has already been itemized and is attached hereto, it is anticipated there will be additional work that is not included in the time records that are being submitted. We expect in the next three to four months, while the Final Report is pending before final distribution, that the bank account will have to be reconciled a minimum of four additional times. Billing at three-tenths of an hour of paralegal time, which includes the Trustee's review time, we expect that the total additional hours that will be spent on this project will amount to 1.2 hours of reconciliation.

Once the Court finalizes and approves the Final Report, the Order will have to be reviewed with a .1 time of Trustee time. We will then run a final distribution report which is reviewed by the paralegal and the trustee one last time for changes with paralegal times of .2 hour and attorney time at .1 hour. We then expect to prepare the checks in this case and photocopy the report to attach to the checks. We expect this will take an additional .5 paralegal time. Within the next sixty days we will be reviewing the bank statements monthly to make sure all of the checks are returned and again reconcile the account with paralegal time of three-tenths of an hour each time. For further information on the estimated time records needed to complete estate administration, please see the attached billing statement.

The case resulted in a distribution of 22.4% to unsecured creditors (if allowed), in a case that was originally represented as a no-asset case.

2