UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

|  |  | § |  |
|---|---|---|---|
| In re: |  | § | Case No.  5:18-bk-04128-RNO |
| Marte-Tavera, Francia Maribel |  | § |  |
|  |  | § |  |
|  |  | § |  |
|  | Debtors(s) | § |  |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that William G. Schwab, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/03/2019            By :   /s/ William G.Schwab
                                            Trustee

William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235

UST Form 101-7-NFR (10/1/2010) (Page 1 )

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:

Marte-Tavera, Francia Maribel

§
§
§
§
§
§
§
§

Case No.   5:18-bk-04128-RNO

Debtors(s)

SUMMARY OF  TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,521.75 |
| and approved disbursements of | $ | |
| leaving a balance on hand of: | $ | 3,521.75 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: William G. Schwab, Trustee | $          880.44 | $          0.00 | $          880.44 |

Total to be paid for chapter 7 administrative expenses                          $          880.44

Remaining Balance                          $          2,641.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,795.67 have been allowed and will be paid pro rata

UST Form 101-7-NFR (10/1/2010) (Page 2 )

only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.4 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Cavalry SPV I, LLC | $ 709.37 | $ 0.00 | $ 158.85 |
| 00002 | Quantum3 Group LLC as agent for | $ 1,330.57 | $ 0.00 | $ 297.95 |
| 00003 | Capital One Bank (USA), N.A. by | $ 389.21 | $ 0.00 | $ 87.16 |
| 00004 | OneMain | $ 7,052.71 | $ 0.00 | $ 1,579.26 |
| 00005 | MERRICK BANK Resurgent Capital | $ 746.55 | $ 0.00 | $ 167.16 |
| 00006 | LVNV Funding, LLC Resurgent Capital | $ 1,095.24 | $ 0.00 | $ 245.24 |
| 00007 | JPMorgan Chase Bank, N.A. s/b/m/t | $ 472.02 | $ 0.00 | $ 105.69 |

Total to be paid to timely general unsecured creditors          $          2,641.31

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:     /s/ William G.Schwab
Trustee

William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) (Page 3 )

UST Form 101-7-NFR (10/1/2010) (Page 4 )

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: FRANCIA MARIBEL MARTE TAVERA

CASE NO: 18-04128-RNO

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**
Chapter: 7

On 12/3/2019, I did cause a copy of the following documents, described below,

Notice of Final Report (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/3/2019

/s/ William G. Schwab
William G. Schwab 23081
William G. Schwab & Associates
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235
610 377 5200

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: FRANCIA MARIBEL MARTE TAVERA

CASE NO: 18-04128-RNO

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 12/3/2019, a copy of the following documents, described below,

Notice of Final Report (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/3/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
William G. Schwab
William G. Schwab & Associates
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
03145
CASE 5-18-BK-04128-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE
TUE DEC 3 15-11-28 EST 2019

DEBTOR
FRANCIA MARIBEL MARTE TAVERA
981 N JAMES STREET
HAZLETON PA 18201-1732

WILLIAM G SCHWAB ASSOCIATES
811 BLAKESLEE BLVD DRIVE EAST
PO BOX 56
LEHIGHTON PA 18235-0056

WILLIAM G SCHWAB TRUSTEE
WILLIAM G SCHWAB AND ASSOCIATES
811 BLAKESLEE BLVD DRIVE EAST
PO BOX 56
LEHIGHTON PA 18235-0056

THDCBNA
CCS GRAY OPS CENTER
PO BOX 6497
SIOUX FALLS SD 57117-6497

WILLIAM G SCHWAB
811 BLAKESLEE BLVD DRIVE EAST
PO BOX 56
LEHIGHTON PA 18235-0056

SAMS CLUBSYNCHRONY BANK
PO BOX 530942
ATLANTA GA 30353-0942

QUANTUM3 GROUP LLC AS AGENT FOR
MOMA TRUST LLC
PO BOX 788
KIRKLAND WA 98083-0788

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

ONEMAIN
PO BOX 3251
EVANSVILLE IN 47731-3251

ONEMAIN
PO BOX 1010
EVANSVILLE IN 47706-1010

MR COOPER
8950 CYPRESS WATERS BLVD
DALLAS TX 75019-4620

MERRICK BANK
PO BOX 9201
OLD BETHPAGE NY 11804-9001

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
JPMC
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TEXAS 75001-9013

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

DIRECTV ATT
PO BOX 11732
NEWARK NJ 07101-4732

IC SYSTEM INC
PO BOX 64378
SAINT PAUL MN 55164-0378

FIRSTATES FINANCIAL SERVICES CORP
PO BOX 5827
READING PA 19610-5827

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

COMENITY CAPITALBOSCOVS
PO BOX 182120
COLUMBUS OH 43218-2120

CHASE CARD
PO BOX 15298
WILMINGTON DE 19850-5298

CAVALRY SPV I LLC
500 SUMMIT LAKE DRIVE STE 400
VALHALLA NY 10595-2321

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK USA NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

BEST BUYCBNA
701 E 60TH ST N
SIOUX FALLS SD 57104-0432

BEST BUY CREDIT SERVICES
PO BOX 78009
PHOENIX AZ 85062-8009

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

KEVIN M WALSH
297299 PIERCE STREET
KINGSTON PA 18704-5147

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541