UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re: §
Marte-Tavera, Francia Maribel § Case No. 5:18-bk-04128-RNO
 §
Debtor(s) §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

William G. Schwab, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $55,000.00 (Without deducting any secured claims) | Assets Exempt: $24,400.00 |
| Total Distributions to Claimants: $2,641.31 | Claims Discharged Without Payment: $30,411.97 |
| Total Expenses of Administration: $880.44 | |

3) Total gross receipts of $3,521.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,521.75 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $54,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $880.44 | $880.44 | $880.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $21,257.61 | $11,795.67 | $11,795.67 | $2,641.31 |
| **TOTAL DISBURSEMENTS** | $75,257.61 | $12,676.11 | $12,676.11 | $3,521.75 |

4) This case was originally filed under chapter 7 on 09/28/2018. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 02/05/2020        By : /s/ William G. Schwab
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | $3,521.75 |
| **TOTAL GROSS RECEIPTS** | | **$3,521.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mr. Cooper | | $54,000.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$54,000.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William G. Schwab, Trustee | 2100-000 | NA | $880.44 | $880.44 | $880.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$880.44** | **$880.44** | **$880.44** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00007 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | $472.02 | $472.02 | $105.69 |
| 00006 | LVNV Funding, LLC Resurgent | 7100-000 | NA | $1,095.24 | $1,095.24 | $245.24 |
| 00005 | MERRICK BANK Resurgent | 7100-000 | NA | $746.55 | $746.55 | $167.16 |
| 00004 | OneMain | 7100-000 | NA | $7,052.71 | $7,052.71 | $1,579.26 |
| 00003 | Capital One Bank (USA), N.A. by | 7100-000 | NA | $389.21 | $389.21 | $87.16 |
| 00002 | Quantum3 Group LLC as agent | 7100-000 | NA | $1,330.57 | $1,330.57 | $297.95 |
| 00001 | Cavalry SPV I, LLC | 7100-000 | NA | $709.37 | $709.37 | $158.85 |
| | Best Buy Credit Services | | NA | NA | NA | $0.00 |
| | Best Buy/CBNA | | $792.00 | NA | NA | $0.00 |
| | Capital One Bank USA, N.A. | | $389.00 | NA | NA | $0.00 |
| | Capital One Bank USA, N.A. | | $1,419.00 | NA | NA | $0.00 |
| | Chase Card | | $463.00 | NA | NA | $0.00 |
| | Comenity Capital/Boscovs | | $1,007.00 | NA | NA | $0.00 |
| | Credit One Bank | | $970.00 | NA | NA | $0.00 |
| | DirecTV ATT | | $464.20 | NA | NA | $0.00 |
| | Firstates Financial Services Corp. | | $400.20 | NA | NA | $0.00 |
| | I.C. System, Inc. | | NA | NA | NA | $0.00 |
| | Merrick Bank | | $790.62 | NA | NA | $0.00 |
| | OneMain | | $6,229.00 | NA | NA | $0.00 |
| | OneMain | | $7,318.41 | NA | NA | $0.00 |
| | Sam's Club/Synchrony Bank | | $620.18 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | THD/CBNA | | $395.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $21,257.61 | $11,795.67 | $11,795.67 | $2,641.31 |

UST Form 101-7-TDR (10/1/2010) (Page: 5)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: 18-04128 | Judge: Robert N. Opel II | Trustee Name: William G. Schwab |
| Case Name: Marte-Tavera, Francia Maribel | | Date Filed (f) or Converted (c): 09/28/2018 (f) |
| | | 341(a) Meeting Date: 10/30/2018 |
| For Period Ending: 02/05/2020 | | Claims Bar Date: 07/23/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Tax Refund (u) | 5,348.00 | 5,350.00 | | 3,521.75 | FA |
| 2. 981 N. James Street Hazleton PA 18201-0000 | 73,000.00 | 0.00 | | 0.00 | FA |
| 3. 2006 Honda Odyssey No lien. KBB @ $1,500. | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Bedroom furniture: Beds, dressers, mirrors, lamps, chairs, alarm clocks, bedding, hangers $1,000.00 LR/DR couches, tables, chairs, coffee tables, desk, television and stero $1,000.00 Kitchen table and chairs, pots and pans, dishes, silverware/utinsels, microwave, clock,( misc, toaster, blender, waffle iron) $1,000.00 StoveRefrigWasherDryeryard tools, racks, shovels, lawn mower, garbage cans | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Debtor has misc electronis equipment such as, televisions, radios, stero, camera, | 200.00 | 0.00 | | 0.00 | FA |
| 6. Debtor has wall hangings, pictures and books at residenceDebtor does not have any pieces that cost more than 200.00 | 250.00 | 0.00 | | 0.00 | FA |
| 7. Debtor's wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8. misc everday jewerly and ring | 600.00 | 0.00 | | 0.00 | FA |
| 9. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 10. checking account at PNC Bank. Used to pay bills and deposit checks | 300.00 | 0.00 | | 0.00 | FA |
| 11. Savings account at PNC Bank | 100.00 | 0.00 | | 0.00 | FA |
| 12. 401(k) Debtor has a retirement plan (401k) via work which is not in pay status and not property of the estate and/or exempt. Said plan will be needed for reasonable expenses upon retirement. Balance is under $1,000. | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. Debtor does not have any life insurance policies with a cash value. | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) (Page 6)   **Exhibit 8**

Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 18-04128 | Judge: Robert N. Opel II |
| Case Name: Marte-Tavera, Francia Maribel | |
| | Trustee Name: William G. Schwab |
| | Date Filed (f) or Converted (c): 09/28/2018 (f) |
| | 341(a) Meeting Date: 10/30/2018 |
| For Period Ending: 02/05/2020 | Claims Bar Date: 07/23/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 14. Debtor intend to fully utilize available exemptions | 0.00 | 0.00 | | 0.00 | FA |
| 15. LR/DR couches, tables, chairs, coffee tables, desk, television, stereo | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. kitchen table, chairs, pots and pans, dishes, silverware/utensils, microwave, clock (misc. toaster, blender, waffle iron) | 1,000.00 | 0.00 | | 0.00 | FA |
| 17. stove, refrigerator, washer, dryer, yard tools, racks, shovels, lawn mower, garbage cans | 1,000.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 86,748.00 | 5,350.00 | | 3,521.75 | 0.00 |

**Re Prop. #1   Income tax Intercept**

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**10-1-19- Sent to UST**
**06-24-19-Quarterly Review of Status of Case for Outstanding Issues**
**2-20-19 Quarterly Review**

**Initial Projected Date of Final Report(TFR) :** 12/31/2019   **Current Projected Date of Final Report(TFR) :** 09/30/2019

**Trustee's Signature**   /s/William G. Schwab   **Date:** 02/05/2020
William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235
Phone : (610) 377-5200

UST Form 101-7-TDR (10/1/2010) (Page 7)   **Exhibit 8**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 18-04128 | Trustee Name: | William G. Schwab |
| Case Name: Marte-Tavera, Francia Maribel | Bank Name: | Texas Capital Bank |
| | Account Number/CD#: | ******2027 |
| Taxpayer ID No: **-***3493 | Account Name | Checking Account |
| For Period Ending: 2/5/2020 | Blanket bond (per case limit): | 10,000,000.00 |
| | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/22/2019 | | UNITED STATES TREASURY | TAX REFUND INTERCEPT | | 4,695.00 | | 4,695.00 |
| | [1] | | 3,521.75 | 1224-000 | | | |
| | | | 1,173.25 | 1290-000 | | | |
| 04/23/2019 | 51001 | FRANCIA MARIBEL MARTE-TAVERA | TAX REFUND TO DEBTOR (Pro-Rata) | 1290-000 | (1,173.25) | | 3,521.75 |
| 01/03/2020 | 51002 | William G. Schwab, Trustee 811 BLAKESLEE BLVD DRIVE EAST LEHIGHTON , PA 18235 | Trustee's Compensation | 2100-000 | | 880.44 | 2,641.31 |
| 01/03/2020 | 51003 | Cavalry SPV I, LLC 500 Summit Lake Dr Ste 400 Valhalla, NY 10595 | Disb of 22.39% to Claim #00001 | 7100-000 | | 158.85 | 2,482.46 |
| 01/03/2020 | 51004 | Quantum3 Group LLC as agent for Comenity Capital Bank PO Box 788 Kirkland, WA 98083 | Disb of 22.39% to Claim #00002 | 7100-000 | | 297.95 | 2,184.51 |
| 01/03/2020 | 51005 | Capital One Bank (USA), N.A. by American InfoSource as agent PO Box 71083 Charlotte, NC 28272 | Disb of 22.39% to Claim #00003 | 7100-000 | | 87.16 | 2,097.35 |
| | | | Page Subtotals | | 3,521.75 | 1,424.40 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)

**Exhibit 9**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-04128 | Trustee Name: | William G. Schwab |
| --- | --- | --- | --- |
| Case Name: | Marte-Tavera, Francia Maribel | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******2027 |
| Taxpayer ID No: | **-***3493 | Account Name | Checking Account |
| For Period Ending: | 2/5/2020 | Blanket bond (per case limit): | 10,000,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/03/2020 | 51006 | OneMain<br>PO Box 3251<br>Evansville, IN 47731 | Disb of 22.39% to Claim #00004 | 7100-000 | | 1,579.26 | 518.09 |
| 01/03/2020 | 51007 | MERRICK BANK Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603 | Disb of 22.39% to Claim #00005 | 7100-000 | | 167.16 | 350.93 |
| 01/03/2020 | 51008 | LVNV Funding, LLC Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | Disb of 22.39% to Claim #00006 | 7100-000 | | 245.24 | 105.69 |
| 01/03/2020 | 51009 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. JPMC c/o National Bankruptcy Services, LLC<br>PO Box 9013<br>Addison, TX 75001 | Disb of 22.39% to Claim #00007 | 7100-000 | | 105.69 | 0.00 |
| | | | Page Subtotals | | 0.00 | 2,097.35 | |

| | | |
| --- | --- | --- |
| **COLUMN TOTALS** | 3,521.75 | 3,521.75 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 3,521.75 | 3,521.75 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 3,521.75 | 3,521.75 |

UST Form 101-7-TDR (10/1/2010) (Page 9)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-04128
Case Name: Marte-Tavera, Francia Maribel

Taxpayer ID No: **-***3493
For Period Ending: 2/5/2020

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******2027
Account Name: Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | All Accounts Gross Receipts: | 3,521.75 | **TOTAL-ALL ACCOUNTS** | | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| | All Accounts Gross Disbursements: | 3,521.75 | ******2027 Checking Account | | 3,521.75 | 3,521.75 | |
| | All Accounts Net: | 0.00 | **Net Totals** | | 3,521.75 | 3,521.75 | 0.00 |

**Exhibit 9**